■ SENTRALE CONTRACTING CORPORATION, Respondent, v TOWN OF NEW CASTLE, Defendant, and HAZEN & SAWYER, Appellant.—Order of the Supreme Court, Westchester County, entered March 16, 1979, affirmed, with $50 costs and disbursements. No opinion. Defendant Hazen & Sawyer shall serve its answer within 20 days after service upon it of a copy of the order

to be made hereon together with notice of entry thereof. Damiani, J. P., Margett, O'Connor and Weinstein, JJ., concur.